## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| **Michael Estrada,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | **NO.: 1:25-CV-03223-TRJ** |
| **Apple Georgia LLC, a** | ) | |
| **Foreign Limited Liability Company,** | ) | |
| **d/b/a Applebee's** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED among the parties that pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action, including all claims asserted therein

and with each party to bear his and its own costs and fees, is dismissed without

prejudice.

Respectfully submitted this 17th day of October, 2025.

*/s/Kimberly R. Ward*
Kimberly R. Ward
Georgia Bar No. 737026
kward@fisherphillips.com
Wayne Y. Campbell
Georgia Bar No. 919899
wcampbell@fisherphillips.com
Fisher & Phillips LLP
1230 Peachtree Street NE, Suite 3300
Atlanta, GA 30309
(404) 231-1400

- 2 -

*Counsel for Defendant*


/s/Matthew N. Pope
Matthew N. Pope
Georgia Bar No. 584216
Matthew N. Pope, PC.
900 2nd Avenue, P.O. Box 2624
Columbus, Georgia 31902
matt@mpopelaw.com
(706) 324-2521

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

|  |  |  |
|---|---|---|
| **Michael Estrada,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | **NO.: 1:25-CV-03223-TRJ** |
| **Apple Georgia LLC, a** | ) | |
| **Foreign Limited Liability Company,** | ) | |
| **d/b/a Applebee's** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I certify that I have this 17th day of October, 2025, electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

Matthew N. Pope
Matthew N. Pope, PC.
900 2nd Avenue, P.O. Box 2624
Columbus, Georgia 31902
matt@mpopelaw.com

*/s/* Kimberly R. Ward
Kimberly R. Ward
Georgia Bar No. 737026